No. 94–8610. EISENSTEIN v. EISENSTEIN. Super. Ct. N. J., App. Div. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 12, 1995, within which to pay the docketing fee required by Rule 38(a) and to

submit a petition in compliance with Rule 33 of the Rules of this Court.